IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS HATCHER,
       Plaintiff,

v.

EYECARE PARTNERS, LLC, et al.,
       Defendants

CIVIL NO. 3:24-CV-1948

## MEDIATION REPORT

In accordance with the Court's Mediation Order, a mediation conference was held on March 3, 2025 and the results of that conference are indicated below:

[X] The case has been completely settled.

[ ] No settlement reached.

[ ] The parties have reached an impasse.

The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions if appropriate.

Date: March 3, 2025

By: _____
Gerard J. Geiger, Esq.
Newman Williams, P.C.
712 Monroe Street
Stroudsburg, PA 18360
*Mediator*